UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN F. SHEARRY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | No. C11-1400-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Plaintiff's Motion, and that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 22, 2011, to file the Opening brief; and

- Defendant shall have up to and including January 19, 2012, to file the Responsive brief; and

- Plaintiff shall have up to and including February 2, 2012, to file the Reply brief.

DATED this <u>18th</u> day of November, 2011.

                _/s/ Mary Alice Theiler_
                Mary Alice Theiler
                United States Magistrate Judge

ORDER
(C11-1400-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

1
2  Presented by:
3  s/Sandra Widlan
   SANDRA WIDLAN
4  Attorney for Plaintiff
   Schroeter Goldmark & Bender
5  810 Third Avenue, Suite 500
   Seattle, WA  98104
6  Phone:  (206) 622-8000
   widlan@sgb-law.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER
(C11-1400-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
(206) 622-8000