UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN F. SHEARRY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,

    Defendant.

No. C11-1400-MAT

ORDER AMENDING THE SCHEDULING ORDER

Based on Plaintiff's Motion, and that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 22, 2011, to file the Opening brief; and
- Defendant shall have up to and including January 19, 2012, to file the Responsive brief; and
- Plaintiff shall have up to and including February 2, 2012, to file the Reply brief.

DATED this 18th day of November, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER
(C11-1400-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

Presented by:

s/Sandra Widlan
SANDRA WIDLAN
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
widlan@sgb-law.com

ORDER
(C11-1400-MAT)