UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BENJAMIN F SHEARRY,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-1400-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

　　　　Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 17, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 2, 2012, to file a reply brief.

Page 1　　ORDER - [C11-1400-MAT]

**This is the second stipulated motion for extension of the briefing schedule. Absent extraordinary circumstances, no additional extensions will be granted.**

DATED this <u>12th</u> day of January, 2012.

                                *[signature]*
                                Mary Alice Theiler
                                United States Magistrate Judge

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3704
Fax: (206) 615-2531
summer.stinson@ssa.gov