1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION
9

| | |
|---|---|
| BENJAMIN F SHEARRY, | Civil No. C11-1400-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's

Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended

as follows:

- Defendant shall have up to and including February 17, 2012, to file Defendant's

  responsive brief; and

- Plaintiff shall have up to and including March 2, 2012, to file a reply brief.

Page 1      ORDER - [C11-1400-MAT]

**This is the second stipulated motion for extension of the briefing schedule. Absent extraordinary circumstances, no additional extensions will be granted.**

DATED this 12th day of January, 2012.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3704
Fax: (206) 615-2531
summer.stinson@ssa.gov

Page 2    ORDER - [C11-1400-MAT]